**LAW OFFICE OF FRANCISCO LEÓN**
Francisco León
8987 E. Tanque Verde Rd., #309-432
Tucson, Arizona 85749-9610
(520)305-9170
(520)465-3000
FAX: (520)395-9495
azcrimlaw@gmail.com
Attorney for Beltran-Beltran

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 4:11-cr-01470-CKJ-DTF |
| Plaintiff, | 4:12-cr-01233-RCC-BPV |
| vs. | |
| **LUIS ENRIQUE BELTRAN-BELTRAN,** | **NOTICE OF DEFENDANT'S TRUE NAME** |
| Defendant | |

Defendant Luis Enrique Beltran-Beltran, through counsel, gives notice to the Court and parties that his true name is Luis Enrique Beltran-Beltran. He has been prosecuted in this case as Luis Enrique Villareal Beltran or Luis Enrique Beltran-Leyva.

Beltran-Beltran has been unable to receive legal mail at the CCA-Florence because his name is still listed as Luis Enrique Villareal Beltran. The name correction should be reflected in this Court's and the United States Marshal's records.

Submitted this 6th day of February 2018.

**LAW OFFICE OF FRANCISCO LEÓN**

s/ Francisco León

Francisco León

Copies of the forgoing served electronically or by other means this 6th day of February 2018 upon:

Angela Woolridge
Assistant United States Attorney

Luis Enrique Beltran-Beltran