# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Luis Enrique Beltran-Beltran,<br><br>　　　　　Defendant. | CR-12-01233-TUC-RCC (BPV)<br><br>**ORDER** |

　　　　On motion of the United States of America, and good cause appearing,

　　　　**IT IS ORDERED** the Indictment against defendant Luis Enrique Beltran-Beltran is DISMISSED WITHOUT PREJUDICE.

　　　　Dated this 2nd day of March, 2018.

_____
Honorable Raner C. Collins
Chief United States District Judge